JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SECURITIES HOLDINGS, INC., et al.,<br>      Plaintiffs,<br><br>      v.<br><br>RANDY ANDREWS,<br>      Defendant. | CV 21-2263<br><br>JUDGMENT |

The Court having found in favor of Plaintiffs after a court trial,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs in the amount of $1.00, and that Plaintiffs recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 15, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge